UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ROY STANDBERRY,

   Plaintiff,

-vs-                                        CASE NO.: 4:19-CV-00191

CONN APPLIANCES, INC.,

   Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, ROY STANDBERRY, by and through his undersigned attorneys, hereby files this Notice of Voluntary Dismissal Without Prejudice of the captioned matter.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail this 19th day of February, 2019 to: all counsel of record.

                                                 */s/Amy E. Clark*
                                                 Amy E. Clark
                                                 Texas Bar #: 24043761
                                                 Amy Clark Law
                                                 223 W Anderson Ln Ste B508
                                                 Austin, Texas 78752
                                                 Telephone: (512) 850-5290
                                                 amy@amyclarklaw.com
                                                 *Counsel for Plaintiff*