United States District Court
Southern District of Texas
**ENTERED**
February 20, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROY STANDBERRY,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. H-19-0191 |
| CONN APPLIANCES, INC.,<br>    Defendant. | §<br>§<br>§ | |

## **ORDER**

Pursuant to Plaintiff's Notice of Voluntary Dismissal [Doc. # 6], it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED at Houston, Texas, this 20th day of **February, 2019**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2019\0191DO.wpd   190220.1542